IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JESSICA S. ABEYTA | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:18-cv-00386 |
| | ) | JURY DEMAND |
| v. | ) | |
| | ) | |
| STONECREST MEDICAL CENTER, *et al.*, | ) | JUDGE CRENSHAW |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**ORDER**

There is a pending Motion for Summary Judgment by the Defendants Bingham, Stonecrest Medical Center, and Trombley (DE 60). Subsequently the Defendant Sloas has filed a Motion to Join in the Motion for Summary Judgment (DE 63). That motion is Granted.

The Plaintiff has filed a Response to the Motion for Summary Judgment which is actually a motion for more time. The Clerk will designate DE 64 as a Motion for More Time and that motion is GRANTED. The Plaintiff's pleading, which is at best, a stream of conscientious, contains a great deal of material which has no relevance to this case and a generous supply of miscellaneous articles that do not shed any light on the pending Motion to Dismiss or the Plaintiff's Motion for Additional Time.

The Plaintiff also complains about the inability to file materials on the Electronic Filing System (ECF). The Plaintiff has been given permission to use this system if she completes the required course to ensure she can properly use it. The Plaintiff has failed to take the course She is free to take the course and if she passes she may use the ECF System. The Magistrate Judge will grant the Petitioner until January 17, 2020 to file a proper response to the Motion to Dismiss. She

should read Local Rule 56 and Fed. R. Civ. P. 56 for the proper way to respond to such motions. Filing the response is limited to 25 pages plus relevant attachments. There has to be some organization to the Motion and the Attachments. As it is now, her pleadings are really not decipherable. The Clerk will send with this Order a copy of the docket sheet by both regular mail and e-mail. Whatever the Defendants have filed with the Plaintiff are in fact transmitted to the Plaintiff by e-mail. If she has no longer has access to e-mail, she should let the Court know at once, if she has changed her e-mail address she needs to let the Court know what the new e-mail is at once. Otherwise, the Court has no choice but to continue to send mail to her address at Acklen Avenue.

      SO, ORDERED.

                              /s/ Joe B. Brown_____
                              Joe B. Brown
                              United States Magistrate Judge