UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA ABEYTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cv-00386 |
| STONECREST MEDICAL CENTER, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") from the Magistrate Judge (Doc. No. 68) dated June 9, 2020, recommending that the Court grant Defendants' Motions for Summary Judgment (Doc. Nos. 60; 63). Plaintiff filed no response to Defendants' Motions, even after being granted an extension to do so, (Doc. No. 65), and no timely objects to the R&R have been filed. Nevertheless, the Court has reviewed de novo the R&R and agrees with its findings and conclusions.

Accordingly, the R&R (Doc. No. 68) is **APPROVED AND ADOPTED**, Defendants' Motions for Summary Judgment (Doc. Nos. 60, 63) are **GRANTED**, and this action is **DISMISSED WITH PREJUDICE.**

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE